UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CONNIE S.,

                Plaintiff,

v.

MICHAEL J. ASTRUE,

                Defendant.

Case No. C11-2172JLR

ORDER GRANTING STIPULATED MOTION TO REOPEN CASE FOR ENTRY OF JUDGMENT

Before the court is the parties' stipulated motion to reopen this case for entry of judgment. (Stip. Mot. (Dkt. # 16).) On May 15, 2012, the court remanded this matter pursuant to sentence six of 42 U.S.C. § 405(g). On remand, an administrative law judge ("ALJ") issued a decision finding Plaintiff Connie S. disabled beginning June 17, 2008. (ALJ Order (Dkt. # 16-2).) Based on the stipulated motion and the ALJ's fully favorable decision, it is hereby ORDERED:

    1.    The court reopens this case.

    2.    The court AFFIRMS the ALJ's decision finding Plaintiff disabled beginning June 17, 2008.

//

ORDER - 1

3. The Clerk shall issue judgment without delay.

DATED this 10th day of April, 2019.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 2